UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS G. BRUMMER,<br><br>　　　　　　Defendant. | CASE NO. CR14-5538BHS<br><br>ORDER |

This matter comes before the Court on the Defendant's Unopposed Motion to Continue Trial Date and Pretrial Motions Due Date. The Court, having considered the unopposed motion and the Defendant's speedy trial waiver, makes the following findings of fact and conclusions of law:

1. This matter involves complicated legal issues related, in part, to Defendant's prior convictions. The parties need additional time to try to reach a consensus on these issues before the Defendant can prepare, or not, for trial.

2. The defense needs additional time to explore all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

ORDER - 1

3. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation his defense, to explore resolution of this case before trial and to ensure continuity of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

4. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

5. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B).

6. Defendant waived speedy trial through June 30, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED

That the trial date is continued from April 14, 2015, to May 26, 2015, at 9:00 a.m.; Pretrial Conference is set for May 18, 2015, at 9:00 a.m.; pretrial motions are due by April 22, 2015. The resulting period of delay from March 31, 2015, to May 26, 2015, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B)

Dated this 2nd day of April, 2015.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2